# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ANDREA JORDAN, | CASE NO. 18-5846 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO COMPEL AND FOR AN EXTENSION OF DEADLINES |
| v. | |
| ALLIED PROPERTY & CASUALTY INSURANCE COMPANY, a foreign corporation, | |
| Defendant. | |

THIS MATTER comes before the Court on the Defendant's Motion to Compel Plaintiff's Answers to Defendant's First Interrogatories and Requests for Production and for Extension of Deadlines. Dkt. 20. The Court has considered the pleadings filed regarding the motion and the remaining file.

On December 12, 2019, the Defendant filed the instant motion, requesting the Court order the Plaintiff to answer its First Interrogatories and Requests for Production and to pay $1,000 in attorneys' fees for having to file this motion. Dkt. 20. The Defendant certified that the

ORDER GRANTING DEFENDANT'S MOTION TO COMPEL AND FOR AN EXTENSION OF DEADLINES - 1

parties met and conferred in good faith, but the Plaintiff still failed to respond to the discovery requests. *Id.*; and Dkt. 21. The Defendant also moves for an extension of the case deadlines, as follows:

    (1) Disclosure of expert testimony under FRCP 26(a)(2) **January 31, 2020**;

    (2) all motions related to discovery **February 27, 2020**;

    (3) Discovery completed by **March 18, 2020**; and

    (4) Dispositive motions filed by **April 17, 2020**.

*Id.* The Plaintiff failed to respond to the motion.

The undersigned finds that the motion has merit and should be granted. Accordingly, the Plaintiff should respond to the Defendant's First Interrogatories and Requests for Production on or before **January 17, 2020**. The Plaintiff should be ordered to pay **$1,000** in attorneys' fees to the Defendant. Further, the case deadlines should be extended as requested.

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 30th day of December, 2019.

*[signature]*
ROBERT J. BRYAN
United States District Judge